## United Service Stations, Inc., Appellee, v. Samuel W. Alpert and Alpert Super Service, Inc., Appellants.

**Gen. No. 41,540.**

opinion filed April 23, 1941. Max C. Liss, Schwartz & Cooper and Leonard M. Spira, for appellants; Harry Adelman and David L. Canmann, of counsel; Bippus, Rose, Burt & Pierce, for appellee; Grover D. Rose and Lester K. Olin, of counsel. Opinion by PRESIDING JUSTICE HEBEL. "Not to be published in full."